IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-cv-1989 |
| | ) | |
| JON BURGE, JOHN BYRNE, MICHAEL | ) | |
| KILL, JOHN SMITH, TOM PTAK, | ) | |
| WILLIAM FOLEY, LEE ALMANZA, | ) | |
| THOMAS BYRON, WILLIAM KELLY, | ) | |
| TONY MASLANKA, JOHN PALADINO, | ) | |
| DANIEL MCINERNEY, JOHN EANNACE, | ) | |
| MARK LUKANICH, THOMAS NEEDHAM, | ) | Judge Norgle |
| LEROY MARTIN, GAYLE SHINES, | ) | |
| TERRY HILLARD, CITY OF CHICAGO, | ) | |
| OFFICE OF THE COOK COUNTY | ) | |
| STATE'S ATTORNEY, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff, Marvin Reeves, by and through his attorneys, and hereby respectfully submits this notice of voluntary dismissal without prejudice to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff states as follows:

1. On March 30, 2010, Plaintiff Marvin Reeves filed a Complaint in this action, alleging that Defendants caused him to spend 21 years in prison for a murder he did not commit by depriving him of his right to a fair trial, destroying evidence, and otherwise violating his constitutional rights. *See* D.E. 1 (Complaint at ¶¶ 4, 94-127). Mr. Reeves also asserted certain state law claims.

2.      Counsel for Defendant Jon Burge have filed appearances, but no other Defendants have yet appeared and none of the Defendants has answered or otherwise responded to the Complaint.

3.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

WHEREFORE, Plaintiff hereby voluntarily dismisses this action without prejudice.

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Wang
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Daniel Twetten
Elizabeth Wang
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL  60607
(312) 243-5900